**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BOROUGH OF ST. CLAIR AND JAMES LARISH, MICHAEL PETROZINO, TOM BRENNAN, JOHN BURKE, VALERIA DAVIS, WILLIAM DEMPSEY AND JOHN HOUSEKNECHT, INDIVIDUALLY AND AS MEMBERS OF THE BOROUGH OF ST. CLAIR COUNCIL,

: No. 356 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

Petitioners

v.

BLYTHE TOWNSHIP AND FKV, LLC,

Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.